An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM H. MITCHELL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66173

**FILED**

SEP 09 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from the district court's denial of appellant's "Motion to Transport." Eighth Judicial District Court, Clark County; David B. Barker, Judge.

We lack jurisdiction because no statute or court rule provides for an appeal from such a decision. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. David B. Barker, District Judge
Carl E. G. Arnold
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
William H. Mitchell

SUPREME COURT
OF
NEVADA

(O) 1947A

14-29716